# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TERESA STRINGER, et al., | NO. 3:21-cv-00099 |
| Plaintiffs, | 3:21-cv-00150 |
| | 3:21-cv-00169 |
| v. | 3:21-cv-00232 |
| | 3:21-cv-00263 |
| NISSAN NORTH AMERICA, INC., et. al., | JUDGE CAMPBELL |
| Defendant. | |

## ORDER

The Court entered a final order of judgment on March 23, 2022, in the lead case of these consolidated actions, *Stringer, et al. v. Nissan North America, Inc., et al.*, Case No. 3:21-cv-00099, Doc. No. 126. Pursuant to that final order, the above-captioned member cases are closed.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE